UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-20220-KMM

PET PARADE, INC.
on behalf of itself and all others similarly situated

    Plaintiff,

vs.

WENIG HOLDINGS, LLC d/b/a
INSURANCESERVICES4U.COM,
a Florida limited liability company,

    Defendant.

_____/

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff, PET PARADE, INC. hereby moves, pursuant to Fed. R. Civ. P. 55(a), for entry of Default by the Clerk as to Defendant WENIG HOLDINGS, LLC d/b/a INSURANCESERVICES4U.COM, on the basis that Defendant failed to serve a response to Plaintiff's Complaint within the time permitted under Fed. R. Civ. P. 12(a) and Defendant has not otherwise appeared in this action.

1. Plaintiff filed its Complaint against Defendant on January 17, 2020. [ECF No. 1].

2. The Complaint was properly served upon Defendant on January 31, 2020. [ECF No. 7].

3. Pursuant to Fed. R. Civ. P. 12(a), Defendant was required to serve a responsive pleading on or before February 21, 2020.

4. Defendant has not filed any response to the Plaintiff's Complaint and Defendant has not entered an appearance in this matter.

5. Under Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

6. In light Defendant's failure to appear, plead, or otherwise respond, Fed. R. Civ. P. 55(a) requires that the Clerk enter default.

7. Accordingly, the Plaintiff respectfully requests that the Clerk enter default against Defendant.

WHEREFORE, Plaintiff respectfully requests that the Clerk enter default against Defendant.

Dated: March 05, 2020

Respectfully submitted,

/s/ Joshua H. Eggnatz
Joshua H. Eggnatz, Esq.
Fla. Bar No.: 0067926
Michael J. Pascucci, Esq.
Fla. Bar No.: 0083397
**EGGNATZ | PASCUCCI**
7450 Griffin Rd, Ste. 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913
JEggnatz@JusticeEarned.com
Mpascucci@JusticeEarned.com

Seth M. Lehrman, Esq.
Fla. Bar No.: 132896
**EDWARDS POTTINGER LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Tel: 954-524-2820
Fax: 954-524-2822
E-mail: seth@epllc.com

*Attorneys for Plaintiff and the putative class*