UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PET PARADE, INC.

    PLAINTIFF(S)

v.

WENIG HOLDINGS, LLC,

    DEFENDANT(S).

CASE NUMBER
1:20−cv−20220−KMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Wenig Holdings, LLC**

as of course, on the date March 6, 2020.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Lynda Brown*
Deputy Clerk

cc:  Chief Judge K. Michael Moore
     Pet Parade, Inc.

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)