# EXHIBIT A

   

# Open Enrollment is 2 months away! Lock in your rates now!

Must secure by 09/30/2019

## Sample Monthly Premiums

| Age | Single | Couple | Family |
|---|---|---|---|
| 25 | $133 | $238 | $367 |
| 30 | $181 | $298 | $454 |
| 35 | $229 | $362 | $542 |
| 40 | $277 | $424 | $629 |
| 45 | $326 | $459 | $717 |
| 50 | $374 | $614 | $804 |
| 55 | $422 | $745 | $892 |
| 60 | $470 | $898 | $979 |

**Benefits Summary:**
- $20/$50 Doctor Visits
- $10 Prescriptions
- Labs/Tests/Diagnostics
- Choice of Any Doctor
- PPO Network
- Preventive Care
- $2500 Deductible
- Full Medical Coverage
- Critical Illnesses
- Mental Health and more

Online quotes can be requested on our website at
www.insuranceservices4u.com

Tambien Damos Cuotas En Espanol

The listed rates and coverage are based on the policies as issued and may include a combination of plans. The coverages available to choose from are both ACA and non ACA compliant.

## Call for a free quote!
## (813) 565-1330

 

Our agency provides true affordable health insurance for individuals, couples, families & employers. We represent many top insurance carriers including what is shown on this flyer.

If you are an employer looking to provide coverage for your employees, be sure to ask about our special discount for groups of 8 or more.

You are receiving this because of an information request to this fax number. If you would like to opt out of receiving these notices, please call 1-855-227-5516 to have your number removed