UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-20220-KMM

PET PARADE, INC.
on behalf of itself and all others similarly situated

    Plaintiff,

vs.

DV AGENCY, INC. d/b/a
INSURANCESERVICES4U.COM,
NHAN LAM, and WENIG HOLDINGS, LLC,

    Defendants.
_____/

**PLAINTIFF'S MOTION FOR DEFAULT FINAL JUDGMENT
AGAINST DEFENDANT DV AGENCY, INC.**

Plaintiff, PET PARADE, INC. ("Plaintiff"), pursuant to Fed R. Civ. P. 55(b)(2), respectfully moves this Court to enter a Final Default Judgment against Defendant, DV AGENCY, INC. d/b/a INSURANCESERVICES4U.COM ("Defendant"), and in support thereof, states as follows:

1. On May 18, 2020, Plaintiff filed his First Amended Class Action Complaint ("Amended Complaint") on behalf of himself and on behalf of the putative Class against Defendant for its unlawful dissemination of telemarketing facsimiles to Plaintiff and the Class in violation of the Telephone Consumer Protection Act of 1991 ("TCPA"), Pub. L. No. 102-243, 105 Stat. 2394 (1991) (codified at 47 U.S.C. § 227), the rules prescribed under it by the FCC, and the Junk Fax Prevention Act. [D.E. 16].

2. DV Agency, Inc. d/b/a Insuranceservices4u.com was properly served on May 22, 2020. *See* Return of Service [D.E. 19].

3. A default was entered against Defendant DV Agency, Inc. on July 24, 2020 [D.E. 23].

4. The Court granted Plaintiff leave to conduct class certification and class damages related discovery and ordered Plaintiff to move for a final default judgment by December 15, 2020.

[D.E. 27].

5. Plaintiff served class certification and class damages related discovery on Defendant, but Defendant failed to respond to Plaintiff's discovery requests. Plaintiff has been unable to secure contact with Defendant. Because Plaintiff has not been able to secure the needed class discovery, Plaintiff is only seeking a final judgment as to individual (non-class) claims at this time.

6. A party in default for failing to file an answer or otherwise having an answer on file, is deemed to have admitted all material allegations in the complaint and a plaintiff's well-plead allegations as to the defendant's liability are normally accepted as true. F.R.C.P. 55(b)(1).

7. Because Defendant is in default, all of the allegations in Plaintiff's Amended Complaint must be deemed true. *See* F.R.C.P. 55(b)(1).

8. As demonstrated in Plaintiff's First Amended Complaint, Defendant knowingly and/or willfully sent an unsolicited facsimile advertisement to Plaintiff in violation of the TCPA. *See* Amended Comp., ¶¶ 39-41, exhibits A [D.E. 16]. These facts are deemed true because of Defendant's default.

9. Undersigned Counsel has personally reviewed and evaluated the unsolicited facsimile advertisement sent to Plaintiff and has confirmed that the facsimile attached to the Amended Complaint is a true and correct exemplar of the facsimile sent to Plaintiff. *See* Affidavit of Joshua H. Eggnatz Regarding Plaintiff's Individual Damages, attached hereto as **Exhibit A**.

10. Because of Defendant's knowing and/or willful violation of 47 U.S.C. § 227 et seq., Plaintiff is entitled to an award of up to $1,500.00 in statutory damages for the unsolicited facsimile advertisement sent to him by Defendant. *Id.* ¶ 60; *See* 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

11. Accordingly, Plaintiff is entitled to $1,500 in statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

12. Plaintiff also seeks recovery of his taxable costs in the amount of $747.25. *See* Eggnatz Affidavit.

13. Accordingly, the total amount of Plaintiff's Final Judgment for his individual claims and damages should be $2,248.15, as outlined below:

| **Damage:** | **Amount:** |
|---|---|
| Plaintiff's individual statutory damages | $1,500.00 |
| Taxable Costs | $747.25 |
| TOTAL | $2,247.25 |

14. A proposed Order is attached as "Exhibit B."

15. A proposed Final Judgment is attached as "Exhibit C".

16. The Servicemembers Civil Relief Act, 50 U.S.C. app. § 521(b) is inapplicable as the Defendant is a corporation.

WHEREFORE, Plaintiff, individually, requests that the Court grant the following Relief:

a) Enter an Order declaring that Plaintiff, individually, is entitled to a Final Judgment in the amount of $2,247.25 against DV AGENCY, INC. for its willful violation of the TCPA, and without prejudice to Plaintiff's class claims or any other putative class member; and

b) To retain jurisdiction over the parties and the subject matter to enforce the terms of this Final Judgment, including the award of execution costs.

Dated: December 15, 2020          Respectfully submitted,

*/s/ Joshua H. Eggnatz*
Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
E-Mail: JEggnatz@JusticeEarned.com
Michael J. Pascucci, Esq. (Fla. Bar No.: 0083397)
E-mail: Mpascucci@JusticeEarned.com
**EGGNATZ | PASCUCCI**
7450 Griffin Road, Suite 230
Davie, FL 33314
Tel: (954) 889-3359
Fax: (954) 889-5913

Seth M. Lehrman, Esq. (Fla. Bar No.: 132896)
E-mail: Seth@epllc.com
**EDWARDS POTTINGER, LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Tel: (954) 524-2820
Fax: (954) 524-2822

*Attorneys for Plaintiff and the putative class*

**CERTIFICATE OF SERVICE**

3

**I HEREBY CERTIFY** that on December 8, 2020, the foregoing document was served via U.S. Mail upon the Defendant at the registered addresses below:

**(Sent via Regular & Certified Mail/RRR: USPS Tracking No.: 7020 1810 0000 1624 1717)**
DV Agency, Inc. d/b/a InsuranceServices4u.com
Incorp Services, Inc., as Registered Agent
7288 Hanover Green Drive
Mechanicsville, VA 23111

*Registered Agent*

**(Sent via Regular & Certified Mail/RRR: USPS Tracking No.: 7020 1810 0000 1624 1700)**
DV Agency, Inc. d/b/a InsuranceServices4u.com
5501 Merchants View Square, Suite 126
Haymarket, VA 20169

*Principal Place of Business*