# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:20-cv-20220-KMM

PET PARADE, INC.
on behalf of itself and all others similarly situated

    Plaintiff,

vs.

DV AGENCY, INC. d/b/a
INSURANCESERVICES4U.COM,
NHAN LAM, and WENIG HOLDINGS, LLC,

    Defendants.

_____/

**AFFIDAVIT OF JOSHUA H. EGGNATZ REGARDING**

**PLAINTIFF'S INDIVIDUAL DAMAGES**

STATE OF FLORIDA

COUNTY OF BROWARD

    Before me, the undersigned authority, personally appeared Joshua H. Eggnatz, who being duly sworn, deposes and says:

    1.    My name is Joshua H. Eggnatz. I am an individual over the age of 18 and a resident of Broward County, Florida. All statements contained herein are based on my personal knowledge.

    2.    I respectfully submit this affidavit regarding Plaintiff's individual damages in support of its Motion for Default Final Judgment against Defendant, DV AGENCY, INC.

    3.    I am a partner of Eggnatz Pascucci, P.A. ("EP"), and am a member in good standing with the State Bar of Florida.

    4.    I am also admitted to practice law in the following federal courts: Supreme Court of the United States; Eleventh Circuit Court of Appeals; United States District Court, Southern

District of Florida; United States District Court, Middle District of Florida; United States District Court, District of Colorado; United States District Court, Western District of New York; and United States District Court, Northern District of Illinois.

5. EP is a multi-jurisdictional law firm located in Davie, Florida. The firm's practice is concentrated on consumer class actions in both federal and state courts. EP regularly engages in major complex litigation and other consumer class litigation, and courts have appointed our firm to represent litigation and settlement classes. The backgrounds and qualifications of the attorneys who have worked on the matters in this declaration are available upon the Court's request.

6. As demonstrated in Plaintiff's First Amended Complaint, Defendant knowingly and/or willfully sent an unsolicited facsimile advertisement to Plaintiff in violation of the TCPA. *See* Amended Comp., ¶¶ 39-41, exhibits A [D.E. 16].

7. Undersigned Counsel has personally reviewed and evaluated the unsolicited facsimile advertisement sent to Plaintiff and has confirmed that the facsimile attached to the Amended Complaint is a true and correct exemplar of the facsimile sent to Plaintiff. *See* Compl., Ex. A [D.E. 1-1].

8. Because of Defendant's knowing and/or willful violation of 47 U.S.C. § 227 et seq., Plaintiff is entitled to an award of up to $1,500.00 in statutory damages for the unsolicited facsimile advertisement sent to him by Defendant. *See* 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C)

9. Here, because a default has been entered against Defendant, the Court should award Plaintiff the full amount of its individual statutory damages of $1,500.

10. Plaintiff, through undersigned counsel, has also incurred hard out of pocket costs that should be reimbursed and included in the judgment as follows:

| DATE | COST | AMOUNT |
|---|---|---|
| 01/17/2020 | New Complaint Filing Fee | $400.00 |
| 02/24/2020 | Service of Process attempt | $41.40 |
| 3/11/2020 | Postage and copies to Defendant | $33.30 |
| 3/18/2020 | Postage and copies to Defendant | $8.50 |
| 5/29/2020 | Third-party subpoena fee to Wild West Domains | 26.25 |
| 06/04/2020 | Service of Process attempt | 103.50 |
| 06/07/2020 | Service of Process attempt | 103.60 |
| TOTAL | | $747.25 |

11.  Copy of the invoices for the above stated costs are available upon request.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JOSHUA H. EGGNATZ

<u>12/15/2020</u>
DATED