# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-20220-KMM

PET PARADE, INC.
on behalf of itself and all others similarly situated

      Plaintiff,

vs.

DV AGENCY, INC. d/b/a
INSURANCESERVICES4U.COM,
NHAN LAM, and WENIG HOLDINGS, LLC,

      Defendants.
_____/

**FINAL DEFAULT JUDGMENT**

      THIS CAUSE came before the Court upon Plaintiff's Motion for Default Final Judgment Against Defendant, DV AGENCY, INC. d/b/a INSURANCESERVICES4U.COM, and the Court, having reviewed the file, and being otherwise duly advised in the premises, it is hereby

      ORDERED AND ADJUDGED as follows:

      1.  Plaintiff, PET PARADE, INC., individually and without prejudice to its class claims or any other putative class member, shall recover from Defendant, DV AGENCY, INC., an amount of 2,247.25, that shall bear interest at the highest statutory rate.

      2.  This Court shall retain jurisdiction over the parties and the subject matter to enforce the terms of this Final Judgment, including the award of execution and interest costs.

      DONE AND ORDERED in Chambers in Fort Lauderdale, Florida on this ____ day of _____, 20___.

2

_____
United States District Court Judge

Copies furnished upon all counsel of record

2