**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:20-cv-20220-KMM

PET PARADE, INC.
on behalf of itself and all others similarly situated

      Plaintiff,

vs.

DV AGENCY, INC. d/b/a
INSURANCESERVICES4U.COM,
NHAN LAM, and WENIG HOLDINGS, LLC,

      Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANT NHAN LAM**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Pet Parade, Inc., ("Plaintiff"), voluntarily dismisses its individual (non-class action) claims alleged against Defendant Nhan Lam in the Class Action Complaint [D.E. 1] without prejudice and dismisses all putative class claims alleged against Defendant Nhan Lam without prejudice. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: January 29, 2021

                                          Respectfully submitted,

                                          */s/ Joshua H. Eggnatz*
                                          Joshua H. Eggnatz, Esq. (Fla. Bar No.: 0067926)
                                          E-Mail: JEggnatz@JusticeEarned.com
                                          Michael J. Pascucci, Esq. (Fla. Bar No.: 0083397)
                                          E-mail: Mpascucci@JusticeEarned.com
                                          **EGGNATZ | PASCUCCI**
                                          7450 Griffin Road, Suite 230
                                          Davie, FL 33314
                                          Tel: (954) 889-3359
                                          Fax: (954) 889-5913

                                          Seth M. Lehrman, Esq. (Fla. Bar No.: 132896)

2

E-mail: Seth@epllc.com
**EDWARDS POTTINGER LLC**
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Tel: (954) 524-2820
Fax: (954) 524-2822

*Attorneys for Plaintiff and the putative class*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 29, 2021, the foregoing document was served via U.S. Mail upon the Defendant at the registered addresses below:

**(Sent via Regular & Certified Mail/RRR: USPS Tracking No.: 7020 1810 0000 1624 1786)**
DV Agency, Inc. d/b/a InsuranceServices4u.com
Incorp Services, Inc., as Registered Agent
7288 Hanover Green Drive
Mechanicsville, VA 23111

*Registered Agent*

**(Sent via Regular & Certified Mail/RRR: USPS Tracking No.: 7020 1810 0000 1624 1793)**
DV Agency, Inc. d/b/a InsuranceServices4u.com
5501 Merchants View Square, Suite 126
Haymarket, VA 20169

*Principal Place of Business*